# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| Robert Stafford, | § § § | |
| Plaintiff, | § § | CA No.: 4:21-cv-160-RAS |
| v. | § § § | Class Action |
| The Right Choice Heating & Air, Inc. (Texas), The Right Choice Heating & Air, Inc. (California), Tomer Peretz and Elad Daniel | § § § § | Jury Demanded |
| Defendants. | | |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Stipulation of Dismissal with Prejudice (Dkt. #16) jointly filed in this cause by Plaintiff Robert Stafford ("Plaintiff") and Defendants The Right Choice Heating & Air, Inc., a Texas corporation, The Right Choice Heating & Air, Inc., a California corporation, Tomer Peretz, and Elad Daniel ("Defendants") (collectively, the "Parties"). Therein, Plaintiff avers that Defendants' counsel has no objection to and agrees to the dismissal of this action. After considering the Joint Stipulation of Dismissal with Prejudice, and the agreement of the Parties expressed therein, it is hereby

ORDERED, ADJUDGED AND DECREED that the entirety of Plaintiff's claims against Defendants are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**SIGNED this the 8th day of July, 2021.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE